IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00821-BNB

MICHAEL TODD RICKS-BEY,

    Plaintiff,

v.

[NO DEFENDANT NAMED],

    Defendant.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY 28 2009

GREGORY C. LANGHAM
CLERK

ORDER OF DISMISSAL

Plaintiff, Michael Todd Ricks-Bey, is a prisoner in the custody of the Colorado Department of Corrections who currently is incarcerated at the Kit Carson Correctional Center in Burlington, Colorado.  He attempted to initiate this action by submitting to the Court *pro se* a document titled "Petition for Injunctive Relief and Temporary Restraining Order Pursuant to United States Code Annotated Title 28 FRCP 65."  The Court reviewed the document and determined it was deficient.  Therefore, in an order filed on April 10, 2009, Magistrate Judge Boyd N. Boland directed the clerk of the Court to commence a civil action and directed Mr. Ricks-Bey to cure certain deficiencies in the case within thirty days if he wished to pursue his claims.

The April 10, 2009, order pointed out that Mr. Ricks-Bey failed either to pay the $350.00 filing fee or to submit a Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915.  The April 10 order also pointed out that Mr. Ricks-Bey failed to submit a complaint on the proper, Court-approved form.  The order warned Mr. Ricks-

Bey that if he failed to cure the designated deficiencies within thirty days, the action would be dismissed without prejudice and without further notice. Mr. Ricks-Bey has failed within the time allowed to cure the deficiencies listed in the April 10 order or otherwise to communicate with the Court in any way. Accordingly, it is

ORDERED that the action is dismissed without prejudice for failure to cure and for failure to prosecute. It is

FURTHER ORDERED that the document titled "Petition for Injunctive Relief and Temporary Restraining Order Pursuant to United States Code Annotated Title 28 FRCP 65" is denied as moot.

DATED at Denver, Colorado, this 27 day of May, 2009.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 09-cv-00821-BNB

Michael T. Ricks-Bey
Prisoner No. 128060/DB2OU
Kit Carson Corr. Center
PO Box 2000
Burlington, CO 80807

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 5/28/09

GREGORY C. LANGHAM, CLERK

By: _____
       Deputy Clerk